

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-13-00933-CV

Style:        RSL-3B-IL, Ltd.

       **v** The Prudential Insurance Company of America, Prudential Property and Casualty Insurance Company of Holmdel, New Jersey n/k/a LM Property and Casualty Insurance Company and Settlement Capital Corporation

Date motion filed[*]:        January 29, 2014

Type of motion:        Motion to Extend Time to File Appellant's Brief

Party filing motion:        Appellant

Document to be filed:        Appellant's Brief

Is appeal accelerated?    ☑ Yes    ☐ No

If motion to extend time:

     Original due date:        December 10, 2013

     Number of previous extensions granted:    2        Current Due date: January 29, 2014

     Date Requested:        February 18, 2014

Ordered that motion is:

     ☑      Granted

          If document is to be filed, document due: **February 18, 2014**

          ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

          ☑    The Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

Judge's signature:    /s/ <u>Justice Jane Bland</u>
                ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: February 6, 2014